UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA ) 
 )Criminal No. 04-10299-PBS
            v. )
 )VIOLATIONS:
1. Luz LUCIANO, )
       a/k/a Chila, )21 U.S.C. $846 – Conspiracy to
2. Daniel AGUILAR, )Possess with Intent to
       a/k/a "Lik" )Distribute Cocaine
3. Roberto SOLORIO, )
4. Ricardo ESTRADA, )21 U.S.C. § 853 – Criminal
5. Andres MARTINEZ, )Forfeiture
       a/k/a Castro Casimiro, )
       a/k/a Joel Zequeira, )
6. Jose ROSALES, )
       a/k/a Tony, )
       a/k/a Tono, )
       a/k/a Joel Agostini, )
7. Valentin MARTINEZ, )
       a/k/a Valentin RIVERA, )
       a/k/a "V", )
       a/k/a Vale, )
8. Kelvin MADERA, )
       a/k/a Manolo LNU, )
       a/k/a Manuel GERMOSEN, )
9. Abdallah HAMDAN, )
10. Ricardo MARTINEZ, )
       a/k/a Chorizo, )
       a/k/a Chori, )
11. Howard GREENBERG, )
12. EDGAR HOFFENS, )
       a/k/a Carlos Colon Rivera,)
       a/k/a Tigueron, )
13. Rogelio GARCIA, )
       a/k/a Lacuilla, )
14. Javier Angel Romero, )
       a/k/a Ramon ACOSTA, )
15. Cristian GERMOSEN, )
16. Juan MARTINEZ, )
       a/k/a Marcelino Cuevas, )
       a/k/a Chon, )
17. Gerardo Vasseur ORTIZ, )
       a/k/a Scarface, )
18. Phillip ASARO, )
19. Silvestre LIZARDI, )

2

```
20. Robert RUSCIO,              )
21. Giovanni AVILA,             )
       a/k/a Gio,               )
       a/k/a the Painter,       )
22. Gilberto ZAYAS,             )
       a/k/a Tony,              )
23. Luis DEJESUS,               )
       a/k/a Edgardo,           )
24. Benito GRULLON,             )
       a/k/a "Quico"            )
```

                    **Defendants.**

### FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**      **(21 United States Code Section 846 - Conspiracy**
                    **to Possess with Intent to Distribute Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January

2001 and continuing until on or about May 1, 2004 at Lynn,

Danvers, Peabody, Salem, and elsewhere in the District of

Massachusetts, at the Bronx and Manhattan in the Southern

District of New York, at Mexico, and elsewhere,

                    1. Luz LUCIANO,
                       a/k/a Chila,
                    2. Daniel AGUILAR,
                       a/k/a "Lik"
                    3. Roberto SOLORIO,
                    4. Ricardo ESTRADA,
                    5. Andres MARTINEZ,
                  a/k/a Castro Casimiro,
                  a/k/a Joel Zequeira,
                    6. Jose ROSALES,
                       a/k/a Tony,
                       a/k/a Tono,
                  a/k/a Joel Agostini,
                    7. Valentin MARTINEZ,
                  a/k/a Valentin RIVERA,
                       a/k/a "V",

3

a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,
a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

    1.   As a result of committing one or more of the offenses alleged in Count One of this indictment,

    1. Luz LUCIANO,
      a/k/a Chila,
    2. Daniel AGUILAR,
      a/k/a "Lik"
    3. Roberto SOLORIO,
    4. Ricardo ESTRADA,
    5. Andres MARTINEZ,
   a/k/a Castro Casimiro,
   a/k/a Joel Zequeira,
     6. Jose ROSALES,
      a/k/a Tony,
      a/k/a Tono,
   a/k/a Joel Agostini,
   7. Valentin MARTINEZ,
  a/k/a Valentin RIVERA,
      a/k/a "V",
      a/k/a Vale,
    8. Kelvin MADERA,
   a/k/a Manolo LNU,
  a/k/a Manuel GERMOSEN,
    9. Abdallah HAMDAN,
    10. Ricardo MARTINEZ,
     a/k/a Chorizo,
     a/k/a Chori,
    11. Howard GREENBERG,
    12. EDGAR HOFFENS,
 a/k/a Carlos Colon Rivera,
     a/k/a Tigueron,
    13. Rogelio GARCIA,
     a/k/a Lacuilla,
   14. Javier Angel Romero,
   a/k/a Ramon ACOSTA,
   15. Cristian GERMOSEN,
    16. Juan MARTINEZ,
  a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to
21 U.S.C. §853: (1) any and all property constituting or derived
from any proceeds the said defendant obtained directly or
indirectly as a result of the charged offense; and (2) any and all
property used or intended to be used in any manner or part to
commit and to facilitate the commission of the offense, including,
but not limited to, the following:

(a) $1,150.00 in United States currency, seized from
Giovanni Enrique Avila on or about May 1, 2004;

(b) $19,000.00 in United States currency, seized from
Giovanni's Auto Body, 892 Washington Street, Lynn,
Massachusetts, on or about May 1, 2004;

(c) a 2000 Freightliner Tractor Classic XL, Vehicle
Identification No. 1FUPCSEB9YDB42682, and
California License No. UP20575, registered in the
name of Ricardo Estrada;

(d) $21,042.00 in U.S. Currency, seized from 29 Hardy
Avenue, Newburyport, Massachusetts, on or about May
1, 2004;

7

(e)   $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f)   the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g)   $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h)   $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i)   $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.   If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a)   cannot be located upon the exercise of due diligence;

(b)   have been transferred or sold to, or deposited with, a third party;

(c)   have been placed beyond the jurisdiction of the Court;

(d)   have been substantially diminished in value; or

(e)   have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

(1)   the real property located at 88 Windsor Avenue,
      Swampscott, Massachusetts, including all buildings,
      appurtenances, and improvements thereon, with a
      Deed recorded at Book 23089, Page 204, of the
      Southern Essex County Registry of Deeds and Land
      Court Certificate No. 77407; and

(2)   the real property located at 7A Buffum Street,
      Salem, Massachusetts, including all buildings,
      appurtenances, and improvements thereon, with a
      Deed recorded at Book 23089, Page 215, of the
      Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK     2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant  x          New Defendant
                               Magistrate Judge Case Number ▬▬▬▬▬▬▬
                               Search Warrant Case Number  04-M-1720-1730
                               R 20/R 40 from District of  _____

## Defendant Information:

Defendant Name  LUZ LUCIANO                    Juvenile:      ☐ Yes    X  No

Alias Name  "Chila"

Address  _____

Birthdate: _____ SS # _____ Sex:  FEM   Race:  Hispanic          Nationalit  Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq.      Address  77 Central Street, Boston, MA

Bar Number  _____          _____

## U.S. Attorney Information:

AUSA  Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X  Yes    No          List language and/or dialect:      Spanish

**Matter to be SEALED:**       Yes  X  ▬▬▬▬

       Warrant Requested        ▬▬▬▬▬▬▬          In Custody

## Location Status:

Arrest Date        5/01/04

    Already in Federal Custody as of  _____  in  _____

☐  Already in State Custody at ————————  ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood          on  _____

**Charging Document:**    Complaint    ☐ Information          X  Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____   X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04                 Signature of AUSA:  Robert L. Peabody.

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     LUZ LUCIANO
_____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-luciano.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant     x          New Defendant _____
                               Magistrate Judge Case Number �manufacturer█
                               Search Warrant Case Number  04-M-1720-1730
                               R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  DANIEL AGUILAR                  Juvenile:     ☐ Yes    X No

**Alias Name**  "LIK"

**Address** _____

**Birthdate:** _____ SS # _____ Sex: MALE  Race: Hispanic        Nationalit Mexican

**Defense Counsel if known:**    Benjamin Entine, Esq.      Address 77 Franklin Street, Boston, MA

**Bar Number** _____                    617-357-0770

**U.S. Attorney Information:**

**AUSA**  Robert L. Peabody.              Bar Number if applicable   551930

**Interpreter:**    X Yes      No        List language and/or dialect:    Spanish

**Matter to be SEALED:**     Yes  ████████

     Warrant Requested     ☐ Regular Process        X In Custody

**Location Status:**

**Arrest Date**      5/01/04

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint     ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II            **Investigating Agency**  DEA

**City**  Lynn                **Related Case Information:**

**County**  Essex             Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                              Same Defendant      x        New Defendant
                              Magistrate Judge Case Number ▓▓▓▓▓▓
                              Search Warrant Case Number  04-M-1720 to 1730
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ROBERTO SOLORIO                  Juvenile:      ☐ Yes    X  No

Alias Name

Address

Birthdate: _____  SS # _____  Sex:  MALE  Race:  Hispanic      Nationalit  Mexican

**Defense Counsel if known:**   Syrie Fried, Esq.        Address  Federal Defender

Bar Number                                        617-223-8061

**U.S. Attorney Information:**

AUSA   Robert L. Peabody,              Bar Number if applicable   551936

**Interpreter:**    X  Yes      No        List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes  ▓▓▓▓▓▓

        Warrant Requested      ▓▓▓▓▓▓▓▓▓        In Custody

**Location Status:**

Arrest Date      5/01/04

        Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ————————  ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood    on

**Charging Document:**     Complaint      ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X  Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04        Signature of AUSA:   Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERTO SOLORIO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-solorio.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                          **Related Case Information:**

**County**  Essex                       Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                        Same Defendant    x          New Defendant
                                        Magistrate Judge Case Number  ███████████████
                                        Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                        R 20/R 40 from District of  _____

### Defendant Information:

**Defendant Name**  RICARDO ESTRADA                  Juvenile:      ☐ Yes    X No

**Alias Name**  _____

**Address**  _____

**Birthdate:**  _____  **SS #**  _____  Sex:  MALE  Race:  Hispanic  Nationalit  Mexican

**Defense Counsel if known:**  Eliot Weinstein, Esq.          Address  228 Lewis Wharf

**Bar Number**  _____                  617-367-9334

### U.S. Attorney Information:

**AUSA**  Robert L. Peabody.                  Bar Number if applicable  551936

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**      Yes  ███████

      Warrant Requested        ☐ Regular Process        X In Custody

### Location Status:

Arrest Date  _____

X Already in Federal Custody as of  _____  Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO ESTRADA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II            **Investigating Agency** DEA

**City** Lynn                      **Related Case Information:**

**County** Essex                   Superseding Ind./ Inf.  X          **Case No.** 04-10299 PBS
                                   Same Defendant _____     **New Defendant** x
                                   Magistrate Judge Case Number    ~~04-M-1686-GBP~~
                                   Search Warrant Case Number  04-M-1720-to-1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** ANDRES MARTINEZ                    **Juvenile:** ☐ Yes   X No

**Alias Name** CASTRO CASIMIRO  AKA SACAIDA AKA JOEL ZEQUEIRA

**Address** _____

**Birthdate:** _____ **SS #** 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 **Sex:** MALE **Race:** Hispanic     **Nationalit** Mexican

**Defense Counsel if known:**   John Cicilline, Esq.     **Address** 381 Atwells Ave., Providence, RI

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Robert L. Peabody.                **Bar Number if applicable** 551936

**Interpreter:** X Yes    No        List language and/or dialect:   Spanish

**Matter to be SEALED:**     Yes  ▄▄▄▄▄

        Warrant Requested    ☐ Regular Process      X In Custody

**Location Status:**

**Arrest Date** 5/1/2004

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information      X Indictment

**Total # of Counts:**  ☐ Petty ——— ☐ Misdemeanor ——— X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 10/5/04              **Signature of AUSA:** Robert L. Peabody

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                         Same Defendant          New Defendant   x
                                         Magistrate Judge Case Number  ████████
                                         Search Warrant Case Number   04-M-1720 to 1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                     Juvenile:     ☐ Yes     X No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76   SS # 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  Sex: MALE  Race: Hispanic       Nationalit  Mexican

**Defense Counsel if known:**   Raymond A. O'Hara, Esq.   Address  1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**     X Yes     No          List language and/or dialect:        Spanish

**Matter to be SEALED:**          Yes  ████████

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date   5/1/04

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   X☐ Felony ── 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II _____          **Investigating Agency**  DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____        Superseding Ind./ Inf.   X _____        Case No.   04-10299 PBS
                                  Same Defendant                New Defendant   x
                                  Magistrate Judge Case Number  ▮▮▮▮▮▮▮▮
                                  Search Warrant Case Number   04-M-1720 to 1730
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ _____          Juvenile:      ☐ Yes    X No

Alias Name   VALENTIN RIVERA

Address   108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69 _  SS # 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  Sex:  MALE  Race:  Hispanic _____        Nationalit  Mexican

**Defense Counsel if known:**      Ronald Ian Segal, Esq.        Address  23 Central Ave., Lynn, MA

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____          Bar Number if applicable   551936

**Interpreter:**     X Yes    X No          List language and/or dialect:      Spanish

**Matter to be SEALED:**          Yes   ▮▮▮ No

        Warrant Requested        ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date       5/1/04 _____

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI _ .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X☐ Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  10/6/04 _____        Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   VALENTIN MARTINEZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____          **Investigating Agency** DEA _____

**City** Lynn _____          **Related Case Information:**

**County** Essex _____      Superseding Ind./ Inf.   X _____          Case No.   04-10299 PBS
                             Same Defendant _____          New Defendant   x _____
                             Magistrate Judge Case Number _____
                             Search Warrant Case Number   04-M-1720 to 1730 _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   KELVIN MADERA _____          Juvenile:   ☐ Yes   X No

Alias Name      MANOLO LNU _____

Address         65 FREEMAN AVENUE, EVERETT, MA 02149 _____

Birthdate:  5/22/66 _____  SS # 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  Sex: MALE  Race: Hispanic _____  Nationalit Dominican _____

**Defense Counsel if known:**   Steven Judge, Esq. _____          Address 23 Central Ave., Lynn, MA _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____          Bar Number if applicable   551936 _____

**Interpreter:**   X Yes   No          List language and/or dialect:   spanish _____

**Matter to be SEALED:**   Yes   ~~NO~~

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      5/1/04 _____

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint          ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty ———— ☐ Misdemeanor ———— X☐ Felony —— 1 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04 _____          Signature of AUSA: _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-madera.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II          Investigating Agency  DEA

**City**   Lynn                     **Related Case Information:**

**County**   Essex                   Superseding Ind./ Inf.   X                Case No.   04-10299 PBS
                                     Same Defendant                    New Defendant  x
                                     Magistrate Judge Case Number     ▮▮▮▮▮▮▮▮▮
                                     Search Warrant Case Number      04-M-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                   Juvenile:          ☐ Yes    X No

Alias Name

Address     10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76     SS #  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  Sex:  MALE  Race:  Arabic            Nationalit  Palestinian

**Defense Counsel if known:**      Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**      ☐ Yes    X No         List language and/or dialect:

**Matter to be SEALED:**          Yes ▮▮▮▮▮No

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of                     in    Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at                 ☐ Serving Sentence       ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                 on

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**      ☐ Petty          ☐ Misdemeanor          ☐ X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody.

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**            Category No.  II            Investigating Agency  DEA

**City**  Lynn                   **Related Case Information:**

**County**  Essex                Superseding Ind./ Inf.  X            Case No.  04-10299 PBS
                                 Same Defendant            New Defendant  x
                                 Magistrate Judge Case Number
                                 Search Warrant Case Number  04-M-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name  RICARDO MARTINEZ            Juvenile:    ☐ Yes    X No

Alias Name    CHORIZO

Address    304 AMERICAN LEGION        REVERE, MA

Birthdate: 4/1/74    SS #  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  Sex:  MALE  Race:  Hispanic        Nationalit  Mexican

**Defense Counsel if known:**                    Address

Bar Number

**U.S. Attorney Information:**

AUSA  Robert L. Peabody.            Bar Number if applicable

**Interpreter:**    X Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ~~Xes No~~

        Warrant Requested        ☐ Regular Process        In Custody

**Location Status:**

Arrest Date        FUGITIVE

    Already in Federal Custody as of                in
☐ Already in State Custody at                ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty        ☐ Misdemeanor        X☐ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04        Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ricardo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**   DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.   X _____          Case No.   04-10299 PBS
                                Same Defendant _____          New Defendant  x _____
                                Magistrate Judge Case Number  ███████████
                                Search Warrant Case Number   04-M-1720 to 1730
                                R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   HOWARD GREENBERG _____          Juvenile:          ☐ Yes     X No

Alias Name        HOWIE _____

Address           677 REVERE BEACH BLVD, REVERE, MA _____

Birthdate:  10/10/52 _____  SS #  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   Sex:  MALE   Race:  white _____          Nationalit   USA _____

**Defense Counsel if known:**          Roger Witkin, Esq. _____          Address  6 Beacon St., Boston, MA _____

Bar Number          _____          _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____          Bar Number if applicable    551936 _____

**Interpreter:**     ☐ Yes     X No          List language and/or dialect:          _____

**Matter to be SEALED:**          Yes   ████ ~~No~~

          Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date          5/1/04 _____

      Already in Federal Custody as of   _____   in   _____   .
☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood _____   on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ——————   ☐ Misdemeanor ——————   ☐ X Felony——1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____          Signature of AUSA:   _Robert L. Peabody_

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:**　　　　　**Category No.**  II　　　　　　**Investigating Agency**  DEA

**City**  Lynn　　　　　　　　**Related Case Information:**

**County**  Essex　　　　　　　Superseding Ind./ Inf.　X　　　　Case No.  04-10299 PBS
　　　　　　　　　　　　　　　Same Defendant　　　　　　New Defendant  x
　　　　　　　　　　　　　　　Magistrate Judge Case Number
　　　　　　　　　　　　　　　Search Warrant Case Number  04-M-1720 to 1730
　　　　　　　　　　　　　　　R 20/R 40 from District of

**Defendant Information:**

Defendant Name　SAULOS  COLON-RIVERA　　　　Juvenile:　　☐ Yes　X No

Alias Name　　　TIGUERON

Address　　　　58 CAMPBELL ST , NEW BEDFORD, MA

Birthdate:  8/27/64　　SS #  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  Sex:  MALE  Race:  Hispanic　　Nationality:  CostaRican

**Defense Counsel if known:**　　John E. Wall, Esq.　　　Address  Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA　Robert L. Peabody.　　　　　　　Bar Number if applicable　551936

**Interpreter:**　　X  Yes　　　No　　　List language and/or dialect:　　　Spanish

**Matter to be SEALED:**　　　Yes　████████

　　　Warrant Requested　　　　X  Regular Process　　　In Custody

**Location Status:**

Arrest Date

　　Already in Federal Custody as of　　　　　　　　in
☐ Already in State Custody at _____ ☐ Serving Sentence　　☐ Awaiting Trial
X On Pretrial Release:　Ordered by:　Mag. Judge Swartwood　　on

**Charging Document:**　　Complaint　　☐ Information　　X  Indictment

**Total # of Counts:**　　☐ Petty ——— ☐ Misdemeanor ——— ☐X Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:　10/6/04　　　Signature of AUSA:　*Robert L Peabody*

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS  COLON-RIVERA _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-colon.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Lynn_                      **Related Case Information:**

**County** _Essex_                   Superseding Ind./ Inf.  _X_          Case No.  _04-10299 PBS_
                                     Same Defendant _____  New Defendant _x_
                                     Magistrate Judge Case Number ▮▮▮▮▮
                                     Search Warrant Case Number  _04-M-1720 to 1730_
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  _ROGELIO GARCIA_          Juvenile:     ☐ Yes    X No

Alias Name      _LACUILLA_

Address         _85 WALNUT AVE., REVERE, MA_

Birthdate: _7/15/80_  SS # _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_  Sex: _MALE_  Race: _Hispanic_        Nationalit _USA_

**Defense Counsel if known:**    James H. Budreau, Esq.    Address _20 Park Plaza, Boston, MA_

Bar Number  _____

**U.S. Attorney Information:**

AUSA  _Robert L. Peabody._          Bar Number if applicable  _551936_

**Interpreter:**     ☐ Yes    X No        List language and/or dialect:  _____

**Matter to be SEALED:**        Yes  ▮▮▮▮

        Warrant Requested      X☐  Regular Process          In Custody

**Location Status:**

Arrest Date  _____

    Already in Federal Custody as of  _____  in  _____
☐ Already in State Custody at ————————  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  _Mag. Judge Swartwood_    on  _____

**Charging Document:**      Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony ——1——

                    Continue on Page 2 for Entry of U.S.C. Citations

        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date:  _10/6/04_          Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   _____

**Name of Defendant**     ROGELIO GARCIA

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

YⓈJS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      **Category No.**  II      **Investigating Agency**  DEA

**City**  Lynn

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant _____   New Defendant  x
Magistrate Judge Case Number   ~~04-M-1685-CBS~~
Search Warrant Case Number   04-M-1720-to -1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO      Juvenile:   ☐ Yes   X No

Alias Name    RAMON ACOSTA

Address    4 SHERMAN STREET, LYNN, MA

Birthdate:  3/15/64    SS #  000 00 0172   Sex:  MALE  Race:  Hispanic    Nationalit  Dominican

**Defense Counsel if known:**    Raymond Buso, Esq.      Address  15 Church St., Salem , MA

Bar Number    _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.      Bar Number if applicable    551936

**Interpreter:**    X Yes    No      List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes   ~~No~~

         Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/04

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04      Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                **Related Case Information:**

**County** __Essex__             Superseding Ind./ Inf.    __X__          Case No.   __04-10299 PBS__
                                 Same Defendant                          New Defendant __x__
                                 Magistrate Judge Case Number ▆▆▆▆▆▆▆▆
                                 Search Warrant Case Number   __04-M-1720 to 1730__
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   __CRISTIAN GERMOSEN__              Juvenile:    ☐ Yes    X No

Alias Name

Address          __27 WARREN ST. NEWBURYPORT, MA__

Birthdate: __3/22/78__    SS # __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__  Sex: __MALE__  Race: __Hispanic__      Nationalit __Dominican__

**Defense Counsel if known:**    __Michael Hickey, Esq.__      Address __15 Church St., Salem, MA__

Bar Number

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody.__                  Bar Number if applicable    __551936__

**Interpreter:**    X  Yes      No        List language and/or dialect:      __Spanish__

**Matter to be SEALED:**       Yes  ▆▆▆▆▆▆

        Warrant Requested        ☐ Regular Process        x  In Custody

**Location Status:**

Arrest Date       __5/1/04__

x  Already in Federal Custody as of _____ in  __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
   On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint       ☐ Information       X  Indictment

**Total # of Counts:**   ☐ Petty ———  ☐ Misdemeanor ———  ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/6/04__       Signature of AUSA:    _Robert L. Peabody._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CRISTIAN GERMOSEN

**U.S.C. Citations**

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

_____

_____

_____

_____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                 **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant                    New Defendant  x
                               Magistrate Judge Case Number  ▇▇▇▇▇▇▇▇
                               Search Warrant Case Number    04-M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JUAN MARTINEZ                          Juvenile:       ☐ Yes    X No

Alias Name    MARCELINO CUEVAS  AKA CHON

Address       22 PARK STREET, LYNN MA

Birthdate:  5/21/68     SS #  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  Sex:  MALE  Race:  Hispanic        Nationalit  Mexican

**Defense Counsel if known:**                          Address

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                          Bar Number if applicable

**Interpreter:**       X  Yes        No          List language and/or dialect:       Spanish

**Matter to be SEALED:**              Yes  ▇▇▇▇▇▇▇

          Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date        FUGITIVE

   Already in Federal Custody as of                          in

☐ Already in State Custody at ————————  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                          on

**Charging Document:**      Complaint        ☐ Information       X  Indictment

**Total # of Counts:**     ☐ Petty ————   ☐ Misdemeanor ————   ☐ X Felony ——— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JUAN MARTINEZ _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.**  II            **Investigating Agency**    DEA

**City**    Lynn                    **Related Case Information:**

**County**    Essex                    Superseding Ind./ Inf.    X            Case No.    04-10299 PBS
                    Same Defendant                    New Defendant    x
                    Magistrate Judge Case Number    ~~04-M-1685-CBS~~
                    Search Warrant Case Number    04 M-1720 to 1730
                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name    GERARDO VASSEUR ORTIZ            Juvenile:        ☐ Yes    X No

Alias Name    SCARFACE

Address

Birthdate:  6/23/72    SS #  000 00    Sex:  MALE  Race:  Hispanic        Nationalit  Dominican

**Defense Counsel if known:**    Richard M. Welch, Esq.        Address  80 Worcester St., No. Grafton, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.            Bar Number if applicable    551936

**Interpreter:**    X Yes    No        List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes    X ▮▮▮▮

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of            in    Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at            ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:            on

**Charging Document:**    Complaint    ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty        ☐ Misdemeanor        X☐ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04        Signature of AUSA:    Robert L. Peabody .

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSEUR ORTIZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        **Category No.**  II        **Investigating Agency**  DEA

**City**  Lynn

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.   X        Case No.   04-10299 PBS
Same Defendant                   New Defendant  x
Magistrate Judge Case Number
Search Warrant Case Number   04-M-1720-to-1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   PHILLIP ASARO        Juvenile:   ☐ Yes   X No

Alias Name

Address   238 SCHOOL STREET, SOMERVILLE, MA

Birthdate:  8/22/73      SS #  000 00 5581   Sex:  MALE  Race:  White        Nationalit  USA

**Defense Counsel if known:**        Kirk Y. Griffin, Esq.        Address  50 Staniford St., Boston,

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.        Bar Number if applicable   551936

**Interpreter:**   ☐ Yes   X No        List language and/or dialect:

**Matter to be SEALED:**        Yes  ~~No~~

        Warrant Requested        X  Regular Process        In Custody

**Location Status:**

Arrest Date        5/1/04

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on _____

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X  Felony ⊢_____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/6/04        Signature of AUSA:  _Robert L. Peabody_

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    PHILLIP ASARO _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45asaro.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No.  II____    **Investigating Agency**  DEA____

**City**   Lynn____                    **Related Case Information:**

**County**   Essex____                    Superseding Ind./ Inf.   X____    Case No.   04-10299 PBS____
                                         Same Defendant                    New Defendant____
                                         Magistrate Judge Case Number   ~~04-M-1685 CBS~~
                                         Search Warrant Case Number    04- M-1720 to 1730____
                                         R 20/R 40 from District of    ____

**Defendant Information:**

Defendant Name    SILVESTRE LIZARDI____    Juvenile:    ☐ Yes    X No

Alias Name    ____

Address    29 HARDY STREET, NEWBURYPORT, MA____

Birthdate:   12/31/80___   SS #   000 00 3844___  Sex:   MALE___  Race:   Hispanic____    Nationalit   Mexican____

**Defense Counsel if known:**    Michael R. Schneider, Esq.____    Address  95 Commercial Wf. Boston, MA____

Bar Number    ____

**U.S. Attorney Information:**

AUSA    Robert L. Peabody,____    Bar Number if applicable    551936____

**Interpreter:**    X  Yes    No    List language and/or dialect:    Spanish____

**Matter to be SEALED:**    Yes    ~~No~~

        Warrant Requested    X  Regular Process    In Custody

**Location Status:**

Arrest Date    5/1/04____

  Already in Federal Custody as of    ____  in  ____
☐ Already in State Custody at  ____  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:   Mag. Judge Swartwood____  on  ____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    ☐ X Felony  1___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04____    Signature of AUSA:    _Robert L. Peabody_____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     SILVESTRE LIZARDI

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

**City**   Lynn                      **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                   Same Defendant   x          New Defendant   x
                                   Magistrate Judge Case Number
                                   Search Warrant Case Number   04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROBERT V. RUSCIO                    Juvenile:      ☐ Yes    X  No

Alias Name

Address   286 NEWBURY ST., PEABODY, MA

Birthdate:  7/15/51    SS #  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   Sex:  MALE   Race:  White          Nationalit   USA

**Defense Counsel if known:**          Edward L. Hayden, Esq.          Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**    ☐ Yes    X  No          List language and/or dialect:

**Matter to be SEALED:**          Yes   X̶ ̶N̶o̶

  \ Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of                    in
☐  Already in State Custody at ————————    ☐ Serving Sentence      ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by:   Mag. Judge Swartwood          on

**Charging Document:**          Complaint      ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty ———      ☐ Misdemeanor      X☐ Felony ——┼——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

**Place of Offense:**        Category No.  II            Investigating Agency  DEA

**City**  Lynn                        **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.  X                Case No.  04-10299 PBS
                              Same Defendant _____  New Defendant  x
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number  04-M-1720 -to- 1730
                              R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  GIOVANNI AVILA                Juvenile:    ☐ Yes    X No

Alias Name  THE PAINTER

Address  892 WASHINGTON STREET APT., LYNN, MA

Birthdate:  4/25/62    SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Costa Rican

**Defense Counsel if known:**    Michael F. Natola, Esq.      Address  Boston, MA

Bar Number

### U.S. Attorney Information:

AUSA  Robert L. Peabody.                Bar Number if applicable    551936

**Interpreter:**    X Yes    No        List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes  ▬▬▬NO▬

        Warrant Requested        X  Regular Process        In Custody

### Location Status:

Arrest Date        5/1/04

    Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:  Ordered by:  Mag. Judge Swartwood    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  10/6/04        Signature of AUSA:    Robert L. Peabody

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   GIOVANNI AVILA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

## U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

**City**   Lynn                **Related Case Information:**

**County**   Essex            Superseding Ind./ Inf.    X               Case No.   04-10299 PBS
                              Same Defendant                      New Defendant   x
                              Magistrate Judge Case Number      04-M-1685 CBS
                              Search Warrant Case Number      04-M-1720  to  1730
                              R 20/R 40 from District of

### Defendant Information:

Defendant Name   GILBERTO ZAYAS                Juvenile:    ☐ Yes    X No

Alias Name      Tony

Address       39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346

Birthdate:  08/05/73    SS #  583415419    Sex:  MALE   Race:  Hispanic       Nationalit   Dominican

**Defense Counsel if known:**      Raymond E. Gillespie, Esq.      Address  875 Mass. Ave., Cambridge, MA

Bar Number

### U.S. Attorney Information:

AUSA   Robert L. Peabody,                     Bar Number if applicable    551936

**Interpreter:**    X Yes      No       List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes  ▬▬▬▬

        Warrant Requested      ☐ Regular Process        x  In Custody

### Location Status:

Arrest Date      5/1/04

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☐X Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04            Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   GILBERTO ZAYAS, aka Tony _____

<b>U.S.C. Citations</b>

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-zayas.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.** II _____      **Investigating Agency** DEA _____

**City** Lynn _____         **Related Case Information:**

**County** Essex _____      Superseding Ind./ Inf.   X _____      Case No.   04-10299 PBS
                             Same Defendant                New Defendant   x
                             Magistrate Judge Case Number   ~~04-M-1685 CBS~~
                             Search Warrant Case Number   04-M-1720 to 1730
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   LUIS DEJESUS _____      Juvenile:      ☐ Yes    X No

Alias Name      Edgardo _____

Address         107 MARIANNA STREET, APT. #1, LYNN, MA _____

Birthdate: 11/01/66 ___ SS # 583312821 ___ Sex: MALE Race: Hispanic _____ Nationalit Dominican _____

**Defense Counsel if known:**      John W. Laymon, Esq. _____      Address 40 Court St., Boston, MA _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____      Bar Number if applicable   551936 _____

**Interpreter:**   X Yes     No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**      Yes   ~~X   No~~

        Warrant Requested      ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      5/1/04 _____

X Already in Federal Custody as of   _____   in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**      Complaint      ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty      ☐ Misdemeanor          ☐X Felony      I

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____      Signature of AUSA:   Robert L. Peabody

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**            Category No.  __II__            Investigating Agency  __DEA__

**City**  __Lynn__                **Related Case Information:**

**County**  __Essex__            Superseding Ind./ Inf.  __X__              Case No.  __04-10299 PBS__
                                 Same Defendant _____            New Defendant  __x__
                                 Magistrate Judge Case Number  04- M ▓▓▓▓▓
                                 Search Warrant Case Number  04- M 1720 to 1730
                                 R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  __BENITO GRULLON__                Juvenile:    ☐ Yes    X  No

Alias Name  _____

Address  _____

Birthdate: _____  SS # _____  Sex: __MALE__  Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**    __Ron Ian Segal, Esq..__        Address __23 Central Ave., Lynn, MA__

Bar Number  _____

## U.S. Attorney Information:

AUSA  __Robert L. Peabody.__                Bar Number if applicable   __551936__

**Interpreter:**    X  Yes      No          List language and/or dialect:      __Spanish__

**Matter to be SEALED:**        Yes   ▓▓▓▓No

        Warrant Requested          X  Regular Process          In Custody

## Location Status:

Arrest Date    __5/1/04__

X  Already in Federal Custody as of  _____  in  _____
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  __10/6/04__          Signature of AUSA:  _Robert L. Peabody_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____