UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>)<br>ROBERTO SOLORIO        ) | CRIMINAL NO. 04-10299-PBS |

DEFENDANT'S MOTION FOR
OUT-OF-STATE TRAVEL EXPENSES

    The defendant Roberto Solorio respectfully moves this Court, pursuant to 18 U.S.C. §4285, for an order directing the U.S. Marshals Service to provide him with funds so that he may purchase round-trip airline transport between Napa, California and Worcester, Massachusetts, or with tickets for such a round-trip.  The defendant further moves that the U.S. Marshals provide funds sufficient for him to stay in Worcester for one day, including a night's hotel, prior to his appearance before this Court on Monday November 1, 2004.

    As grounds for this motion, undersigned counsel states that Mr. Solorio is required to appear in court on November 1 at 10:00 a.m. for arraignment in the above-captioned case.  Mr. Solorio resides in Napa, California and is indigent.  He needs to travel to Boston the day before this hearing, on Sunday October 31, since the arraignment is scheduled for the morning.  Mr. Solorio cannot afford round-trip transportation to Worcester or lodging there for the night before the arraignment without hardship or

having to incur indebtedness.  For the above reasons, counsel for the defendant requests that this motion for travel funds be granted.

                                    Respectfully submitted

                                    By his attorney,

                                    <u>/s/ Syrie D. Fried</u>
                                    Syrie D. Fried
                                        B.B.O. # 555815
                                    Federal Defender Office
                                    408 Atlantic Avenue
                                    Boston, MA  02110
                                    Tel: 617-223-8061