UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10299-PBS |
| | ) | |
| | ) | |
| ROBERTO SOLORIO | ) | |

DEFENDANT'S MOTION FOR
OUT-OF-STATE TRAVEL EXPENSES

    The defendant Roberto Solorio respectfully moves this Court, pursuant to 18 U.S.C. §4285, for an order directing the U.S. Marshals Service to provide him with funds so that he may purchase round-trip airline transport between Napa, California and Boston, Massachusetts, or with tickets for such a round-trip. The defendant further moves that the Pretrial Services Agency be directed to arrange for overnight accommodations for one night in connection with his appearance before this Court on Thursday April 21, 2005.[1]

    As grounds for this motion, undersigned counsel states that Mr. Solorio is required to appear in court on April 21, 2005 at 3:00 p.m. for arraignment on the superseding indictment in the above-captioned case. Mr. Solorio resides in Napa, California and is indigent. Mr. Solorio cannot afford round-trip transportation to Boston or lodging here without hardship or

---

[1] Hotel accommodations may be unnecessary if Mr. Solorio can schedule a round-trip between Oakland, California and Boston in one day.

having to incur indebtedness.  For these reasons, counsel for the defendant requests that this motion for travel funds be granted.

                                      Respectfully submitted

                                      By his attorney,

                                      <u>/s/ Syrie D. Fried</u>  
                                      Syrie D. Fried  
                                            B.B.O. # 555815  
                                      Federal Defender Office  
                                      408 Atlantic Avenue  
                                      Boston, MA  02110  
                                      Tel: 617-223-8061