✎JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**           **Category No.** __II_____     **Investigating Agency** __DEA_____

**City** __Lynn_____          **Related Case Information:**

**County** __Essex_____

Superseding Ind./ Inf.   __X_____     Case No.   __04-10299 PBS__
Same Defendant   __x__          New Defendant _____
Magistrate Judge Case Number   __M 04-1732- CBS__
Search Warrant Case Number   __04 M 1720- to 1730, 04-M 1738__
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __RICARDO MANUEL ESTRADA__          Juvenile:     ☐ Yes     X  No

Alias Name   _____

Address   _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic_____ Nationalit __Mexican__

**Defense Counsel if known:**      Eliot Weinstein, Esq.          Address __228 Lewis Wharf_____

Bar Number   _____                    __617-367-9334_____

**U.S. Attorney Information:**

AUSA   __Neil Gallagher_____          Bar Number if applicable   _____

**Interpreter:**      X  Yes      No          List language and/or dialect:      __Spanish_____

**Matter to be SEALED:**      Yes   X   No

Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date   _____

X  Already in Federal Custody as of   _____          __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____          on   _____

**Charging Document:**      Complaint          ☐ Information          X  Indictment

**Total # of Counts:**      ☐ Petty _____   ☐ Misdemeanor _____   X  Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __3/23/05__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** __II__                **Investigating Agency** __DEA__

**City** __Lynn__                              **Related Case Information:**

**County** __Essex__                      Superseding Ind./ Inf. __X__                 Case No. __04-10299 PBS__
                                          Same Defendant _____ New Defendant _____
                                          Magistrate Judge Case Number __04-M-1685 CBS__
                                          Search Warrant Case Number __04-M-1720-to-1730__
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANDRES MARTINEZ-ACEVEZ__                Juvenile:        ☐ Yes     X No

Alias Name    "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__        Nationalit __Mexican__

**Defense Counsel if known:**        John Cicilline, Esq.        Address __381 Atwells Ave., Providence, RI__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                              Bar Number if applicable _____

**Interpreter:**    X Yes        No          List language and/or dialect:        __Spanish__

**Matter to be SEALED:**        Yes  X   No

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date        __5/1/2004__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__  .
☐  Already in State Custody at _____ ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty _____ ☐ Misdemeanor _____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __~~10/5/04~~  3/23/05__        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** II            **Investigating Agency** DEA

**City** Lynn                         **Related Case Information:**

**County** Essex                      Superseding Ind./ Inf. __X__            Case No. __04-10299 PBS__
                                      Same Defendant __x__            New Defendant _____
                                      Magistrate Judge Case Number __04-M-1685 CBS__
                                      Search Warrant Case Number __04-M-1720 to 1730__
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE ROSALES__                         Juvenile:    ☐ Yes    X No

Alias Name __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__   SS # __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__  Sex: __MALE__  Race: __Hispanic__   Nationalit __Mexican__

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.     Address _1 Exchange Place., Worcester, MA_

Bar Number _____

**U.S. Attorney Information:**

AUSA _____                         Bar Number if applicable _____

**Interpreter:**    X Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes  X  No

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    X☐ Felony —— 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

7

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**  Lynn                    **Related Case Information:**

**County**  Essex                 Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                  Same Defendant  x          New Defendant
                                  Magistrate Judge Case Number   04-M-1685 CBS
                                  Search Warrant Case Number   04-M-1720 to 1730
                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ                    Juvenile:     ☐ Yes    X No

Alias Name   VALENTIN RIVERA AKA V AKA VALE

Address   108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69   SS # 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  Sex: MALE  Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:**     Ronald Ian Segal, Esq.     Address 23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**     X Yes    X No          List language and/or dialect:     Spanish

**Matter to be SEALED:**          Yes   X   No

         Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          5/1/04

x  Already in Federal Custody as of          in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:          on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———     ☐ Misdemeanor ———     X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__          **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__                   **Related Case Information:**

**County** ___Essex___              Superseding Ind./ Inf.    X          Case No.    04-10299-PBS
                          Same Defendant    x          New Defendant _____
                          Magistrate Judge Case Number    04-m-1685-CBS
                          Search Warrant Case Number    04-m-1720 to 1730
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __MANUEL GERMOSEN__              Juvenile    ☐ Yes    ☒ No

Alias Name   __Kelvin Madera, Manolo__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Dom Rep__

**Defense Counsel if known:**    __Steven Judge__          **Address:**  **23 Central Ave., #605**
                                              **Lynn, MA 01902**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__              **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No      **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**    ☐ Yes  ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as**  __May 1, 2005__          **in**  __Plymouth County__          .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  **on**

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____  ☐ **Misdemeanor** _____  ☒ **Felony**  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    MANUEL GERMOSEN

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

℘JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**       **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__       **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant __X__     New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ABDALLAH HAMDAN__    Juvenile:    ☐ Yes    X No

Alias Name _____

Address __10 ROOSEVELT ST METHUEN MA__

Birthdate: __1/17/76__ SS # __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__ Sex: __MALE__ Race: __Arabic__ Nationalit __Palestinian__

**Defense Counsel if known:** Melvin Norris, Esq.    Address 260 Boston Post Rd., Wayland, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**     Yes X    No

     Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☐ X Felony ___4___

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____   **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____   Category No. _____   **Investigating Agency** __DEA/MSP_____

City __Lynn/Peabody_____   **Related Case Information:**

County ___Essex_____   Superseding Ind./ Inf. __X_____   Case No. ___04-10299-PBS___
  Same Defendant ___x_____   New Defendant _____
  Magistrate Judge Case Number ___04-m-1685-CBS___
  Search Warrant Case Number ___04-m-1720 to 1730___
  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____   Juvenile   ☐ Yes   ☒ No

Alias Name __Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic___ Nationality: _Dom Rep____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____   **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ on

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    RICARDO MARTINEZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _MA_    **Category No.** _____    **Investigating Agency** _DEA/MSP_

**City** _Lynn/Peabody_    **Related Case Information:**

**County** _Essex_

Superseding Ind./ Inf.  _X_    Case No.  _04-10299-PBS_
Same Defendant  _x_    New Defendant _____
Magistrate Judge Case Number  _04-m-1685-CBS_
Search Warrant Case Number  _04-m-1720 to 1730_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _HOWARD GREENBERG_    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _Caucasian_ Nationality: _US_

**Defense Counsel if known:**    _Roger Witkin_    **Address:**  _6 Beacon Street, Ste 1010_
_Boston, MA 02108_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☐ No    **List language and/or dialect:**    _Spanish_

**Matter to be SEALED:**    ☐ Yes   ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by _MJ Swartwood_    on   _May 2004_

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **HOWARD GREENBERG** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA_____     Category No. _____     Investigating Agency  DEA/MSP_____

City   Lynn/Peabody_____          **Related Case Information:**

County    Essex_____             Superseding Ind./ Inf.   X_____     Case No.    04-10299-PBS
                                       Same Defendant     x_____          New Defendant _____
                                       Magistrate Judge Case Number    04-m-1685-CBS_____
                                       Search Warrant Case Number    04-m-1720 to 1730_____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EDGAR HOFFENS_____          Juvenile    ☐ Yes    ☒ No

Alias Name   Carlos Colon Rivera, Tigueron_____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Caucasian___  Nationality:  US___

**Defense Counsel if known:**    **John Wall**_____     **Address:  1 Commercial Wharf West**
                                                                **Boston, MA 02110**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher_____          Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No          List language and/or dialect:   **Spanish**_____

Matter to be SEALED:    ☐ Yes  ☒ No

       ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____  in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____  on _____

**Charging Document:**       ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**       ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date: 3/23/05_____          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  __EDGAR HOFFENS__

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  _21 U.S.C. Sec. 846_ | _Conspiracy to Distribute 5 Kg of Cocaine_ | _Count One_ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  **Category No.** __II____  **Investigating Agency** __DEA_____

**City** __Lynn____  **Related Case Information:**

**County** __Essex____

Superseding Ind./ Inf. __X_____  Case No. __04-10299 PBS__
Same Defendant __X____  New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROGELIO GARCIA_____  Juvenile: ☐ Yes  X No

Alias Name __LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA__

Address __85 WALNUT AVE., REVERE, MA__

Birthdate: _7/15/80_  SS # _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_  Sex: _MALE_  Race: _Hispanic_  Nationalit _USA_

**Defense Counsel if known:**  James H. Budreau, Esq.  Address _20 Park Plaza, Boston, MA_

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____  Bar Number if applicable _____

**Interpreter:** ☐ Yes  X No  List language and/or dialect: _____

**Matter to be SEALED:**  Yes  X  No

Warrant Requested  X☐ Regular Process  In Custody

**Location Status:**

Arrest Date _____

Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ———————— ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: _Mag. Judge Swartwood_  on _____

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☐ X Felony ——2——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_  Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__          Category No. _____     Investigating Agency __DEA/MSP__

City   __Lynn/Peabody__                    **Related Case Information:**

County   __Essex__               Superseding Ind./ Inf.   __X__              Case No.   __04-10299-PBS__
                                 Same Defendant   __x__              New Defendant
                                 Magistrate Judge Case Number   __04-m-1685-CBS__
                                 Search Warrant Case Number   __04-m-1720 to 1730__
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __JAVIER ANGEL ROMERO__          Juvenile  ☐ Yes   ☒ No

Alias Name   __Ramon Acosta, the Singer__

Address   _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race: __Hispanic__  Nationality: _____

Defense Counsel if known:   **Ray Buso**          Address:  **15 Church Street**
                                                              **Salem, MA 01970**
**Bar Number:**

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__          Bar Number if applicable   _____

Interpreter:  ☒ Yes ☐ No          List language and/or dialect:   __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

      ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**   _____

☒ Already in Federal Custody as  _____  in  _____.
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/65          Signature of AUSA: