✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GILBERTO ZAYAS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

23

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

Place of Offense: __MA__          Category No. _____          Investigating Agency __DEA/MSP__

City __Lynn/Peabody__          **Related Case Information:**

County __Essex__

Superseding Ind./ Inf. __X__          Case No. __04-10299-PBS__
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __LUIS E. DEJESUS__          Juvenile  ☐ Yes  ☒ No

Alias Name __Edgardo__

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex __M__   Race: __Hispanic__   Nationality: _____

Defense Counsel if known: __John W. Laymon__          Address: __77 Franklin Street, # 3__
                                                                   __Boston, MA 02110__

Bar Number: _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__          Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No          List language and/or dialect:  __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

## Location Status:

Arrest Date: _____

☒ Already in Federal Custody as __May 2004__  in  __Wyatt__
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS E. DEJESUS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

YJS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf.  X     Case No. 04-10299 PBS
Same Defendant  X     New Defendant _____
Magistrate Judge Case Number  04-M- 1731CBS
Search Warrant Case Number  04- M 1720 to 1730
R 20/R 40 from District of  _____

**Defendant Information:**

**Defendant Name** BENITO GRULLON     **Juvenile:** ☐ Yes  X No

**Alias Name** QUICO

**Address** _____

**Birthdate:** _____ **SS #** _____ **Sex:** MALE  **Race:** Hispanic  **Nationalit** Dominican

**Defense Counsel if known:** Ron Ian Segal, Esq..  **Address** 23 Central Ave., Lynn, MA

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher  **Bar Number if applicable** _____

**Interpreter:** X Yes  No  **List language and/or dialect:** Spanish

**Matter to be SEALED:** Yes  X No

Warrant Requested     X Regular Process     In Custody

**Location Status:**

**Arrest Date** 5/1/04

X Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** Complaint  ☐ Information  X Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05  **Signature of AUSA:** _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA, CA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. __x__    Case No. 04-10299-PBS
Same Defendant _____  New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MARTIN CERNA GARCIA          Juvenile   ☐ Yes   ☒ No

Alias Name   "Willy"; "Nephew"

Address   11027 Meyers Dr., Cucamnga, CA 91730

Birth date (Year only): 1963   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No     List language and/or dialect:   Spanish

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   MARTIN CERNA GARCIA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** _____          **Investigating Agency** DEA/MSP

**City** Lynn, MA          **Related Case Information:**

**County** Essex
- Superseding Ind./ Inf.  x          Case No.  04-10299-PBS
- Same Defendant _____          New Defendant  X
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** ROBINSON RUIZ          Juvenile ☐ Yes  ☒ No

**Alias Name** "Metresa"

**Address** 6 Houston Street, Lynn, MA 01905

**Birth date (Year only):** 1964  **SSN (last 4 #):** 6369  **Sex** M  **Race:** Hispanic  **Nationality:** Dom. Republic

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher          **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No          **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   ROBINSON RUIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  x    Case No.  04-10299-PBS
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS RAFAEL ROJAS    Juvenile   ☐ Yes   ☒ No

Alias Name   "Chelo"; "Ramon"

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M   Race: _____   Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher    Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No    List language and/or dialect:   Spanish

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense: __MA__        Category No. _____      Investigating Agency __DEA/MSP__

City __Lynn/Peabody__           Related Case Information:

County __Essex__                Superseding Ind./ Inf. __X__           Case No. __04-10299-PBS__
                                Same Defendant _____   New Defendant __X__
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS ORLANDO ARGUETA-MACARIO__      Juvenile  [ ] Yes  [X] No

Alias Name  __"Chaparro"__

Address  __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__  SSN (last 4 #): __0292__  Sex __M__  Race: __Hispanic__  Nationality: __Mexican__

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                     Bar Number if applicable _____

Interpreter:   [X] Yes  [ ] No      List language and/or dialect:  __Spanish__

Matter to be SEALED:  [X] Yes  [ ] No

[X] Warrant Requested       [ ] Regular Process        [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [ ] Complaint    [ ] Information    [X] Indictment

Total # of Counts:   [ ] Petty ____   [ ] Misdemeanor ____   [X] Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

Place of Offense: MA          Category No. _____          Investigating Agency: DEA/MSP

City: Lynn, MA          Related Case Information:

County: Essex
- Superseding Ind./Inf.: x          Case No.: 04-10299-PBS
- Same Defendant: ___    New Defendant: X
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20/R 40 from District of: ___

## Defendant Information:

Defendant Name: WILLIAM R. HOLMES          Juvenile: [ ] Yes   [X] No

Alias Name: "Billy"

Address: 43 Reservoir Drive, Danvers, MA

Birth date (Year only): 1961   SSN (last 4 #): 7332   Sex: M   Race: ___   Nationality: ___

Defense Counsel if known: ___          Address: ___

Bar Number: ___

## U.S. Attorney Information:

AUSA: Neil Gallagher          Bar Number if applicable: ___

Interpreter: [ ] Yes [ ] No          List language and/or dialect: ___

Matter to be SEALED: [X] Yes  [ ] No

[X] Warrant Requested          [ ] Regular Process          [ ] In Custody

## Location Status:

Arrest Date: ___

[ ] Already in Federal Custody as ___ in ___
[ ] Already in State Custody ___   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by ___ on ___

Charging Document: [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts: [ ] Petty ___   [ ] Misdemeanor ___   [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     WILLIAM R. HOLMES, a/k/a "Billy"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. __x__    Case No. 04-10299-PBS
Same Defendant _____    New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: GENE A. ANDERSON    Juvenile: [ ] Yes [X] No

Alias Name: _____

Address: 87 Broad Street #1, Lynn, MA

Birth date (Year only): 1970   SSN (last 4 #): 0733   Sex M   Race: _____   Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA Neil Gallagher    Bar Number if applicable _____

Interpreter: [ ] Yes [ ] No    List language and/or dialect: _____

Matter to be SEALED: [X] Yes [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document: [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts: [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GENE A. ANDERSON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**