UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              NO. 04 10299 PBS - 11

HOWARD GREENBERG

DEFENDANT'S MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT

The defendant moves for a Pre-Plea Probation Sentencing Report.

As grounds for same the defendant says that in view of the fact that a plea is most likely in this case, that starting on the Probation Report now would be advantageous to both parties.

                                                                     /s/ Roger Witkin
                                                                     Roger Witkin
                                                                     6 Beacon Street, Suite l0l0
                                                                     Boston, MA 02l08
                                                                     Tel. 6l7 523 0027
                                                                      Fax 6l7 523 2024
                                                                     BBO No. 53l780

DATE:  September 30, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    NO. 04 10299 PBS - 11

HOWARD GREENBERG

CERTIFICATE OF SERVICE

I hereby certify that on this day a courtesy true copy of the within document was served upon AUSA Neil J. Gallagher, Jr., United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Robert Alba, Courtroom Clerk for Patti B. Saris, by mail which was electronically filed this day.

                                                                                                   */s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  September 30, 2005

Case 1:04-cr-10299-PBS    Document 174    Filed 09/30/2005    Page 3 of 3