UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

CRIMINAL ACTION
NO.   04-10299-PBS

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                November 21, 2005

Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

CRIMINAL ACTION
NO.  04-10299-PBS

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                      November 21, 2005

    Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

  /s/ Robert C. Alba  
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION <br> NO.   04-10299-PBS |
| v. | |
| DANIEL AGUILAR <br> ROBERTO SOLORIO <br> RICARDO ESTRADA <br> VALENTIN MARTINEZ <br> HOWARD GREENBERG <br> CHRISTIAN GERMOSEN <br> PHILLIP ASARO <br> SILVESTRE LIZARDI <br> GIOVANNI AVILA <br> GILBERTO ZAYAS <br> LUIS DEJESUS <br> BENITO GRULLON <br> MARTIN CERNA-GARCIA <br> CARLOS RAFAEL ROJAS <br> CARLOS ORLANDO ARGUETA-MARCARIO <br> WILLIAM HOLMES <br> GENE ANDERSON | |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                                     November 21, 2005

Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

### NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                          November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                    By the Court,

                     /s/ Robert C. Alba
                    Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                                           November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

          By the Court,

          _/s/ Robert C. Alba__
          Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

CRIMINAL ACTION
NO.  04-10299-PBS

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                       November 21, 2005

Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                      CRIMINAL ACTION
                      NO.   04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                 November 21, 2005

      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                                                    By the Court,

                                                    _/s/ Robert C. Alba__
                                                    Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                                                       November 21, 2005

   Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                                                                        By the Court,

                                                                         /s/ Robert C. Alba
                                                                        Deputy Clerk

Copies to:  All Counsel