UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIM. NO. 04-10299-PBS |
| ) | |
| ROBERTO SOLORIO          ) | |

SUPPLEMENT TO SOLORIO'S MOTION TO CONTINUE TRIAL

Counsel for the defendant Roberto Solorio hereby supplements her previously filed motion to continue the trial in this case. Counsel informs this court that her trial in the case of <u>United States v. James Reid</u>, no. 04-10031-WGY, has been continued from its previous date of February 6, 2006. No new date has been set for the <u>Reid</u> trial.

                                            Respectfully submitted,

                                            ROBERTO SOLORIO
                                            By his attorney,

                                            /s/ Syrie D. Fried
                                            Syrie D. Fried
                                              B.B.O. #555815
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel:  617-223-8061

CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) on January 20, 2006.

                                            /s/ Syrie D. Fried

Syrie D. Fried

Syrie D. Fried