UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| DANIEL AGUILAR<br>ROBERTO SOLORIO<br>RICARDO ESTRADA<br>VALENTIN MARTINEZ<br>SILVESTRE LIZARDI<br>GILBERTO ZAYAS<br>LUIS DEJESUS<br>GENE ANDERSON | |

### "REMINDER" NOTICE OF FINAL PRETRIAL CONFERENCE AND JURY TRIAL

SARIS, U.S.D.J.                                                                                                February 1, 2006

TAKE NOTICE that the above-entitled case has been set for a Final Pretrial Conference on **February 16, 2006**, at **2:00 p.m.**, and a Jury Trial on **February 27, 2006,** at **9:00 a.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel