UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>)<br>ROBERTO SOLORIO            ) | CRIMINAL NO. 04-10299-PBS |

DEFENDANT'S MOTION FOR
OUT-OF-STATE TRAVEL EXPENSES

    The defendant Roberto Solorio respectfully moves this Court, pursuant to 18 U.S.C. §4285, for an order directing the U.S. Marshals Service to provide him with funds so that he may purchase round-trip airline transport between Napa, California and Boston, Massachusetts, or with tickets for such a round-trip. The defendant further moves that the Pretrial Services Agency be directed to arrange for overnight accommodations for the duration of his trial in this matter.  The trial is scheduled to begin on February 27, 2006.

    As grounds for this motion, undersigned counsel states that Mr. Solorio is required to appear for his trial.  Additionally, Mr. Solorio will need to be in Boston for a number of days before trial in order to confer with counsel and prepare his defense. Mr. Solorio resides in Napa, California and is indigent.  He cannot afford round-trip transportation to Boston or lodging here without hardship or having to incur indebtedness.  For these

reasons, counsel for the defendant requests that this motion for travel funds be granted.

        Respectfully submitted

        By his attorney,

        /s/ Syrie D. Fried
        Syrie D. Fried
           B.B.O. # 555815
        Federal Defender Office
        408 Atlantic Avenue
        Boston, MA  02110
        Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) on February 15, 2006.

        /s/ Syrie D. Fried

        Syrie D. Fried