UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, MCI Framingham

YOU ARE COMMANDED to have the body of Maria Escobar a.k.a. Luz Luciano* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on <u>February 28, 2006 and March 1, 2006</u>, at <u>9:00 a.m.</u> for the purpose of a Juy Trial in the case of United States of America V. Daniel Aguilar and Roberto Solorio, CR Number 04-10299-PBS.  And you are to retain the body of said Maria Escobar a.k.a. Luz Luciano while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Maria Escobar a.k.a. Luz Luciano to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 27th day of February, 2006.

* D.O.B 1957
   SS# unknown

<u>PATTI B. SARIS</u>
United States District Judge

Sarah Thornton, Clerk

By: <u>Robert C. Alba</u>
SEAL             Deputy Clerk