AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    Massachusetts

UNITED STATES
V.
DANIEL AGUILAR and ROBERTO SOLORIO

**EXHIBIT** ▬▬▬▬▬ **LIST**

Case Number: 04-CR-10299-PBS

| PRESIDING JUDGE Patti B. Saris | PLAINTIFF'S ATTORNEY Neil Gallagher, Sandra Bower | DEFENDANT'S ATTORNEY Ben Entine, Syrie Fried |
|---|---|---|
| TRIAL DATE (S) 2-28-06, 2-28, 3-1, 3-2, 3-3, 3-6, 3-7. | COURT REPORTER Valerie O'Hara | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 5 | | 2/28/06 | | ✓ | REGISTRATION CARD No. 04057 |
| 6 | | 2/28/06 | | ✓ | REGISTRATION CARD No. 04058 |
| 1 | | 2/28/06 | | ✓ | PHOTOGRAPH OF COUNTRYSIDE MOTEL |
| 2 | | 2/28/06 | | ✓ | PHOTOGRAPH OF COUNTRYSIDE MOTEL |
| 3 | | 2/28/06 | | ✓ | PHOTOGRAPH OF COUNTRYSIDE MOTEL |
| 4A | | 2/28/06 | | ✓ | "       "       " |
| 4B | | 2/28/06 | | ✓ | "       "       " |
| 4C | | 2/28/06 | | ✓ | "       "       " |
| 4D | | 2/28/06 | | ✓ | PHOTO OF DINER ACROSS STREET |
| 8 | | 2/28/06 | | ✓ | PHOTOGRAPH OF MARTINEZ WEDDING |
| 9 | | 2/28/06 | | ✓ | PHOTOGRAPH OF MARTINEZ WEDDING |
| 7 | | 2/28/06 | | ✓ | PLEA AGREEMENT — MARIA ESCOBAR |
| 10 | | 2/28/06 | | ✓ | PHOTO OF HOUSE IN DANVERS, MA |
| 11 | | 2/28/06 | | ✓ | "       "       "       " |
| 12 | | 2/28/06 | | ✓ | "       "       "       " |
| 13 | | 2/28/06 | | ✓ | PHOTO OF HOUSE IN WEST PEABODY — A. MARTINEZ |
| 14 | | 2/28/06 | | ✓ | "       "       "       "       " |
| 17 | | 2/28/06 | | ✓ | STIPULATION RE: INTERCEPTED TELEPHONE CONVERSATIONS |
| 18 | | 2/28/06 | | ✓ | STIPULATION RE: WIRETAP TRANSCRIPTS |
| 15 | | 2/28/06 | | ✓ | CD |
| 21 | | 2/28/06 | | ✓ | CD |
| 16A | | 3/1/06 | | ✓ | FOREIGN LANGUAGE TRANSCRIPT TRANSLATION 2/21/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)     **EXHIBIT** ▓▓▓▓ **LIST – CONTINUATION**     PAGE 2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16B | | 3/1/06 | | ✓ | FOREIGN LANGUAGE TRANSCRIPT TRANSLATION 2/23/04 |
| 16C | | 3/1/06 | | ✓ | "        "        " 3/1/04 |
| 16D | | 3/1/06 | | ✓ | "        "        " 3/5/04 |
| 16E | | 3/1/06 | | ✓ | "        "        " 3/8/04 |
| 16F | | 3/1/06 | | ✓ | "        "        " 3/18/04 |
| 16G | | 3/1/06 | | ✓ | "        "        " 3/18/04 |
| 16H | | 3/1/06 | | ✓ | "        "        " 4/9/04 |
| 16I | | 3/1/06 | | ✓ | "        "        " 4/9/04 |
| 16J | | 3/1/06 | | ✓ | "        "        " 4/30/04 |
| 16K | | 3/1/06 | | ✓ | "        "        " 4/30/04 |
| 16L | | 3/1/06 | | ✓ | "        "        " 4/30/04 |
| 16M | | 3/1/06 | | ✓ | "        "        " 4/30/04 |
| 16N | | 3/1/06 | | ✓ | "        "        " 4/30/04 |
| 16O | | 3/1/06 | | ✓ | "        "        " 5/1/04 |
| 16P | | 3/1/06 | | ✓ | "        "        " 5/1/04 |
| 16Q | | 3/1/06 | | ✓ | "        "        " 5/1/04 |
| 16R | | 3/1/06 | | ✓ | "        "        " 5/1/04 |
| 16S | | 3/1/06 | | ✓ | "        "        " 5/1/04 |
| 21N | | 3/1/06 | | ✓ | CD RELATED TO EXHIBIT 16N |
| 21Q | | 3/1/06 | | ✓ | CD RELATED TO EXHIBIT 16Q |
| 21R | | 3/1/06 | | ✓ | CD RELATED TO EXHIBIT 16R |
| | 1 | 3/1/06 | | ✓ | TRANSCRIPT OF CALL # 01062 DATED 4/1/04 |
| | 2 | 3/1/06 | | ✓ | TRANSCRIPT OF CALL # 1090 DATED 4/2/04 |
| | 3 | 3/1/06 | | ✓ | TRANSCRIPT OF CALL # 213 DATED 2/28/04 |
| | 4 | 3/2/06 | ✓ | | PROFFER LETTER – MARIA ESCOBAR |
| | 5 | 3/2/06 | | ✓ | RELEASE ORDER – MARIA ESCOBAR |
| 25 | | 3/2/06 | | ✓ | TRAVEL ITINERARY – DANIEL AGUILAR |

United States vs. Daniel Aguilar and Roberto Solorio    CASE NO. 04-CR-10299-PBS

AO 187A (Rev. 7/87)  EXHIBIT ▬▬▬ LIST – CONTINUATION  PAGE 3

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| United States | | | vs. | Daniel Aguilar and Roberto Solorio | CASE NO. 04-CR-10299-PBS |
| 25A | | 3/2/06 | | ✓ | CERTIFICATE OF AUTHENTICITY – EX 25 |
| 26 | | 3/2/06 | | ✓ | COPY OF ITINERARY – ROBERTO SOLORIO |
| 26A | | 3/2/06 | | ✓ | CERTIFICATE OF AUTHENTICITY – EX 26 |
| 33 | | 3/2/06 | | ✓ | VCR TAPE – 172 LAKE STREET |
| 34 | | 3/2/06 | | ✓ | AERIAL MAP OF 172 LAKE ST, RTE 1 & COUNTRYSIDE MOTEL |
| 38 | | 3/2/06 | | ✓ | BLACK SUITCASE |
| 39 | | 3/2/06 | | ✓ | BLACK SUITCASE |
| 40 | | 3/2/06 | | ✓ | EVIDENCE BOX CONTAINING 11 KILOGRAMS OF COCAINE |
| 42 | | 3/2/06 | | ✓ | CELL PHONE FOUND ON COFFEE TABLE |
| 43 | | 3/2/06 | | ✓ | CELLPHONE SEIZED FROM ANDRES MARTINEZ |
| 44 | | 3/2/06 | | ✓ | WALLET SEIZED FROM ANDRES MARTINEZ |
| 46 | | 3/2/06 | | ✓ | ITEMS SEIZED FROM DANIEL AGUILAR |
| 49 | | 3/2/06 | | ✓ | CELL PHONE SEIZED FROM ROBERTO SOLORIO |
| 47 | | 3/2/06 | | ✓ | PHONE RECORDS |
| 47A | | 3/2/06 | | ✓ | CERTIFICATE OF AUTHENTICITY OF EX 47 |
| 32 | | 3/2/06 | | ✓ | PHONE RECORDS – ROBERTO SOLORIO |
| 32A | | 3/2/06 | | ✓ | CERTIFICATE OF AUTHENTICITY OF EX 32 |
| | 6 | 3/3/06 | | ✓ | VCR TAPE  172 LAKE ST.  4-29-04 |
| | 7 | 3/3/06 | | ✓ | VCR TAPE  172 LAKE ST  4-30-04 |
| 41 | | 3/3/06 | | ✓ | VCR TAPE |
| 22 | | 3/3/06 | | ✓ | PRINTOUT OF CALL ON CD EXHIBIT #21 |
| 20 | | 3/3/06 | | ✓ | CHART INDICATING IN & OUT NUMBERS – TARGET PHONE |
| 23 | | 3/3/06 | | ✓ | WESTERN UNION WIRE TRANSFER DATED 2-10-04 |
| 24 | | 3/3/06 | | ✓ | WESTERN UNION WIRE TRANSFER DATED 2-3-04 |
| 24A | | 3/3/06 | | ✓ | CERTIFICATE OF AUTHENTICITY EX 23 & 24 |
| 61 | | 3/3/06 | | ✓ | BOX CONTAINING VARIOUS DRUG ITEMS |
| 57 | | 3/6/06 | | ✓ | BAG OF RUBBISH RETRIEVED FROM "RUBBISH PULL" |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT** ▬▬▬ **LIST – CONTINUATION**   PAGE 4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | United States vs. Daniel Aguilar and Roberto Solorio   CASE NO. 04-CR-10299-PBS |
| 37 | | 3/6/06 | | ✓ | VCR TAPE |
| 48 | | 3/6/06 | | ✓ | BAG CONTAINING CELL PHONE & CHARGERS TAKEN FROM TRACTOR TRAILER |
| 51 | | 3/6/06 | | ✓ | ENVELOPE TAKE FROM CONSOLE OF TRACTOR TRAILER |
| 19 | | 3/6/06 | | ✓ | STIPULATION OF THE PARTIES AS TO DRUG EXHIBIT |
| | 8 | 3/6/06 | | ✓ | STIPULATION |
| | 9 | 3/6/06 | | ✓ | STIPULATION |

Page _____ of _____ Pages