AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

UNITED STATES
V.
DANIEL AGUILAR and ROBERTO SOLORIO

 WITNESS LIST

Case Number: 04-CR-10299-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Neil Gallagher, Sandra Bower | Ben Entine, Syrie Fried |
| TRIAL DATE (S) 2-27-06, 2-28, 3-1, 3-2, 3-3, 3-6, 3-7. | COURT REPORTER Valerie O'Hara | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/28/06 | | | TODD EATON |
| 2 | | 2/28/06 | | | LAURIE DIONNE |
| 3 | | 2/28/06 3/1/06 | 3/2/06 | | MARIA ESCOBAR |
| 4 | | 3/2/06 3/3/06 | | | JEAN DROUIN |
| 5 | | 3/3/06 | | | JAIME CEPERO |
| 6 | | 3/3/06 | | | KENNETH KELLEY |
| 7 | | 3/3/06 | | | PAUL L.D. RUSSELL, JR. |
| 8 | | 3/6/06 | | | THOMAS QUIN |
| 9 | | 3/4/06 | | | BRIAN FLYNN |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages