UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | No.        (SARIS) |
| ) | |
| ROBERTO SOLORIS, ) | |
| Defendant ) | |

### RULE 33 MOTION FOR NEW TRIAL

Now comes the defendant, Roberto Soloris, and moves, under the provisions of Fed. R. Crim. P. 33, for a new trial because the evidence was insufficient to convict him, the verdict was against the weight of the evidence, evidentiary rulings were in error, the court's rulings and findings were inconsistent with the law, and inadmissible evidence was admitted, as will be more further developed when a transcript is made available, after which a memorandum will be submitted.

Robert O. Berger
11 Beacon Street
Boston, MA 02108
617-423-7575

### CERTIFICATE OF SERVICE

I, Robert O. Berger, defendants' counsel, hereby certify that on this 14th day of March, I served a copy of the within document by mailing a copy of same by first class mail, postage prepaid, to:

Assistant United States Attorney
Federal Courthouse
Courthouse Way
Boston, MA

Robert O. Berger, Esq.