```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
         v.                     )   CRIM. NO. 04-10299-PBS
                                )
                                )
ROBERTO SOLORIO                 )
```

                    MOTION FOR JUDGMENT OF ACQUITTAL

     The defendant Roberto Solorio moves this Court for a judgment of acquittal on both counts of the indictment.[1]  The defendant makes this motion pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure.  The defendant submits that the evidence is insufficient for the jury to conclude beyond a reasonable doubt that he knowingly participated in the charged conspiracy and that he knowingly possessed cocaine on May 1, 2004.

     For these reasons, this court should enter judgments of acquittal on both counts of the indictment.

---

[1] This pleading is written to memorialize the oral motions for judgments of acquittal that the defendant made at the close of the government's case and at the close of the evidence.

        Respectfully submitted,

        By his attorney,

        Syrie D. Fried
        B.B.O. #555815
        Federal Defender Office
        408 Atlantic Ave., 3rd Floor
        Boston, MA  02210
        Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) on March 16, 2006.

        /s/ Syrie D. Fried

        Syrie D. Fried