UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES, ) | Case No.: 04-CR-10299 (Saris, J.) |
| ) | |
| v. ) | |
| ) | |
| ROBERTO SOLORIO, ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance for the defendant.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | |
|  | Roberto Solorio, |
|  | By his attorney, |
|  | |
|  | /s/ Robert O. Berger |
| Date: March 20, 2006 | Robert O. Berger (BBO#: 038900) |
|  | 11 Beacon Street, Suite 1210 |
|  | Boston, MA 02108 |
|  | (617) 423-7575 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the above document was served on each other party by electronic transfer.

|  |  |
|---|---|
|  | /s/ Robert O. Berger |
| Date: March 20, 2006 | Robert O. Berger (BBO#: 038900) |