UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE
2006 MAR 17 P 12:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES, | )<br>)  Case No.: 04-CR-10299 (PBS, J.)<br>) |
| v. | )<br>) |
| ROBERTO SOLORIO,<br>        Defendant. | )<br>)<br>) |

### MOTION FOR ENLARGEMENT OF TIME TO FILE SUPPORTING MEMORANDUM

Now comes the defendant, Roberto Solorio, and moves for an enlargement of time to prepare his supporting memorandum of law until 20 days after the transcript of the trial is available. Without the transcript, the defendant will be unable to present his arguments for a new trial adequately. This motion is not being filed electronically because of a PACER system failure.

Respectfully submitted,

Roberto Solorio,
By his attorney,

Robert O. Berger (BBO#: 038900)
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575

Date: March 16, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the above document was served on each other party by regular mail and not electronic transfer because of technology problems.

Date: March 16, 2006

Robert O. Berger (BBO#: 038900)