UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No.: 04-CR-10299-S |
| v. | ) | |
| ROBERTO SOLORIO, | ) | |
| Defendant. | ) | |

## MOTION FOR RECONSIDERATION OF MOTION FOR NEW TRIAL

Now comes the defendant, Roberto Solorio, through his attorney, and moves for reconsideration of his motion for new trial.

1. The defendant relies on a case of the First Circuit that recently ordered the allowance of a motion for reconsideration of a new trial motion. See *United States v. Pacheco*, 434 F3d 106, 107-08 (2006).

2. This motion for reconsideration is based on the indictments and the trial transcripts, and the following irrefutable conclusions.

   a. There was improper joinder of parties in the case.

   b. The evidence that defendant Roberto Solorio was a co-conspirator was insufficient to allow the government to introduce Maria Escobar's hearsay statements and/or other statement averring conspiracy against him.

   c. There was a variance between the matters charged in the indictment and referenced in the jury instructions and the evidence of the trial.

Under the circumstances, the defendant respectfully therefore requests the Court to order a new trial, where each of these issues (2 a.-c.) separately, or together, prejudiced him. See *United States v. Correia*, 2002 U.S. Dist. LEXIS 17218.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Roberto Solorio,<br>By his attorney, |
| Date: May 26, 2006 | /s/ Robert O. Berger<br>Robert O. Berger (BBO#: 038900)<br>11 Beacon Street, Suite 1210<br>Boston, MA 02108<br>(617) 423-7575 Tel<br>(617) 275-8000 Fax |

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above document was served on each other party by electronic transfer.

|  |  |
|---|---|
|  | /s/ Robert O. Berger |
| Date: May 26, 2006 | Robert O. Berger (BBO#: 038900) |