UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, | Case No.: 04-CR-10299-S |
| v. | |
| ROBERTO SOLORIO,<br>Defendant. | |

## MOTION TO CONTINUE SENTENCING

Now comes the defendant, Roberto Solorio, through his attorney, and moves to continue his sentencing for the following reasons.

1. He has filed a motion that has not been acted on even though he is to be sentenced in six days. He deserves careful consideration of his motion unfettered by a sentencing deadline. The motion for reconsideration is based on the indictments and the trial transcripts, and the following irrefutable conclusions. There was improper joinder of parties in the case. The evidence that defendant Roberto Solorio was a co-conspirator was insufficient to allow the government to introduce Maria Escobar's hearsay statements and/or other statement averring conspiracy against him. There was a variance between the matters charged in the indictment and referenced in the jury instructions and the evidence of the trial. Under the circumstances, the defendant respectfully therefore requests the Court to order a new trial, where each of these issues (2 a.-c.) separately, or together, prejudiced him. See *United States v. Correia*, 2002 U.S. Dist. LEXIS 17218.

2. The defendant filed an objection to the sentencing report of the probation department, involving the maximum sentences under the guidelines and has been in

negotiation, through counsel, about the issue, but the probation officer has not been available to resolve those outstanding issues, and as the probation department report has not been filed the defendant cannot file his own comfortably.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Roberto Solorio, <br> By his attorney, |
| Date: June 6, 2006 | /s/ Robert O. Berger <br> Robert O. Berger (BBO#: 038900) <br> 11 Beacon Street, Suite 1210 <br> Boston, MA 02108 <br> (617) 423-7575 Tel <br> (617) 275-8000 Fax |

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above document was served on each other party by electronic transfer.

Date: June 6, 2006

/s/ Robert O. Berger
Robert O. Berger (BBO#: 038900)