STATE OF CALIFORNIA                                              ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF VETERANS AFFAIRS**
VETERANS HOME OF CALIFORNIA, YOUNTVILLE
PLANT OPERATIONS
P.O. BOX 1200
YOUNTVILLE, CALIFORNIA 94599-
Telephone: (707) 944-4800
Fax: (707) 944-4819



April 18, 2006

Honorable Judge Patty Saria:

    I MARTHA SOLORIO LLAMAS, a resident of Napa California for the past 34 years, and ex-wife of ROBERTO SOLORIO. I have worked for the State of California for the last 23 years and am currently employed, I would like to share some information in regards to Roberto so that you could please consider my plead.

    Roberto and I met while in Middle School in Napa California, at the age of 15 years old; he was going to school and working fulltime as a farm worker at the Mondavi Winery, in the Napa Valley to support himself and his family. He is the oldest of a family of 11 children. He has always been very close to his family.

    Roberto has always been a very mature and responsible person. We got married at a very young age, we both worked very hard to be able to buy a house in Napa, we purchased an older house at 2923 First St. Napa, fixed it up and after a few years sold it and bought a bigger house at 4415 Meadowlark Dr. Napa, California, so that we could be comfortable with all our children.

    We have 4 children ages; 26, 21, 14, and 13 years old. Roberto has always been involved with the Napa Community and is very well liked by everyone, Roberto has continuously been involved in the education of all his children always participated in the School Activities, in the children sports and after School activities, the children have grown up being very close to him, Roberto's priority has always been his family, he always had his children with him when possible, Roberto has always been a loving and understanding father and most of all always very hard working person. Roberto's Mother, sisters and brothers all live in Napa California. He also has many friend and relatives and is very well liked by all.

    Honorable Judge, I ask that you please consider this plead and my family's plead and allow Roberto to come home and continue being a the great father he is and to be available for his children, in having a normal life. We miss him terribly and look forward to having him home again.

As previously mention he is a great and loving father, very dependable kind and hard working person.

                                                               Sincerely yours,

                                                               MARTHA SOLORIO LLAMAS

**VETERANS FIRST**

April 18, 2006

The Honorable Judge Patti Saris:

This letter is regarding the most wonderful person in my life, my father, Roberto Solorio. He was recently found guilty for conspiracy. He was pretty much at the wrong place at the wrong time. My father is not what appears. He is a hard working, responsible, caring, loving, family man, who is missed very much by his loved ones. My younger brother and sister, Chris and Lisa Depend on my Dad in every way. He is the one who always has time for them. He takes them to School every day and picks them up as well. My father always incurages them to do well in School and be all that they can be. At our family Restaurant, he was the one teaching my brother Chris how to cook so that when he grows up, he can be a hard worker, just like my father. Even my little 2 yr. old cousin, Nicolas, who my father lived with, is Desperately asking for his "Tio Beto" and is very determined to find him.
What breaks my heart the most is to walk into my little brother or sister only to find them crying themselves

to sleep at night under their blankets.
   I really dont think that my father or us deserve this. I sincerley ask you to please look over his past history. My father, Roberto Solorio, is not a criminal. He deserves to come back to his family and job. I know that I, as well as the rest of my familly, would be affected very much if he is taken from us. Please let him come home to his loved ones!
   Thank you so much for your understanding and time.

*Martha Solorio*

Martha Solorio

4/17/06

The Honorable Judge Patti Saris:

This letter is in regaurds to a person that is Being held at Plymouth County Correctional facility. That Person is My Father. My Name is Guillermo Solorio, age 26. The Oldest out of 4. My fathers Name is Roberto Solorio inmate I.D. #42699

He was recently found guilty for Conspiracy of drug trafficking, after Being released for Over one year after first Being arrested along with the other so called "King pins."

Hopefully you find the time to read this letter I write to you in attempt to give you a Breif explanation of why I really think you should reconsider My fathers penalty sentence.

I understand that I might Be asking for a little too Much. But if you take him away from My other Brothers & Sisters which are younger than Me, ages (12, 13, 20). Then I feel like the judicial system is doing more harm than good. I myself am a grown Man that can support myself, But the younger ones depend on my father in everyway. He used to Be the one who dropped them off & picked them up from school. Now Sometimes they can't even attend to class Because they can't find a ride and to walk to school its too far. Please I ask that you take

A second to look at his history and you will see that my father is not what the prosecutor thinks he is. He has held a steady job all of his life, has no past criminal history, and is need by others that depend on his leadership to run a Restaurante's kitchen. Without my father's presence many people will have to feel the effect of an unjust punishment. Bottom Line Roberto Solorio, is a great person and is greatly being missed by many people other than myself.

Thank You So Much,

Guillermo Solorio

*[signature]*

To The Honorable Judge
Patti Saris

April 17, 06

This letter is about my dad "Roberto Solorio". I really need my dad hes really a good dad. My dad takes me and my brother to school every day and picks us up. My dad always soports us alot and tells us to go to school everyday. He always helps me with my homework even if I dont need the help he makes sure I understand it. My dad is always there for me when Im sad because he askes me to talk to him about my problems and hes the only person I can trust and now that hes not with me my problems arnt getting solved. My dad always make sure we have money to eat and he always cooks for us. My dad would make sure we have new clothes and shoes all the time. My dad suportes me so mutch and I really need him. Nothing is the same with out him. All I can say is that my dad is verry smart and I dont know how to survive with out him. Please let him come home!

- Sincerly, Lisa Li

Lisa Solorio

2: Patti Saria

This letter is about Roberto Salario. Roberto Salario is my best friends Dad but he is like mine to because when I need something he support me. He is also supporting his kids with everything they need. Roberto Salario is a very nice man. He is always cooking for them and when ever they need something he is always there for them. He has alot of friends. His family really does miss him. Its really different with out him.

Sincerly,

Erika Davis

To: Honorable Judge Patti Saris

This letter is about My Dad Roberto Solorio. I Really need my dad because he is the best dad There can be because hes a very good dad. My dad takes me and my sister to school every day and picks us up. My dad always Supports My family in all ways possible and tells us to go to school everyday to get a good education and have a good Job. He Always helps me with whatever help i need And if i dont feel good he makes us feel good and tells us to not think of bad Stuff. My dad is always there for My Family because we need him and love him. My dad always makes Shure that his family that he loves always have money, Cloths, and Shoes and Some extra Spending money. He has always Provided my family with food And he makes Shure that we eat write. My dad Supports his family so much and we really need him. Nothing is the same with Out him. All i can Say is that my dad is very Smart and i dont know how to live with out him. Please, Please, Please Let him come home! We need Him and we love HiM A lot!

from: Christian Solorio

April 17, 2006

Dear Honorable Judge Patti Saris,

I am writing this letter to let you know how much Roberto Solorio, my future father-in-law, is loved and missed back home. I have known Mr. Solorio for a period of over twelve years and throughout all of those years of interacting with him I have grown to love him like a second father. Mr. Solorio is not only a great father to his kids, but he is also a role model to his oldest son Guillermo Solorio, my fiancée.

Mr. Solorio's absence has affected everyone from his immediate family to neighbors and friends. It has been very tough not having him around for moral as well as financial support. We all miss him very much and we anxious await his return home. Our family is broken and incomplete without Mr. Solorio. Please bring happiness back into our lives and allow my father-in-law to come home.

Sincerely,

Lourdes Plancarte