UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, | Case No.: 04-CR-10299 (Saris, J.) |
| v. | |
| ROBERTO SOLORIO, | |
| Defendant. | |

## NOTICE OF APPEAL OF DEFENDANT ROBERTO SOLORIO

Notice is hereby given of the defendant Roberto Solorio's appeal from the judgment of conviction and sentence entered as an order of this court on the 16th day of June 2006.

Respectfully submitted,

Roberto Solorio,
By his attorney,

/s/ Robert O. Berger

Date: June 19, 2006

Robert O. Berger (BBO#: 038900)
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above document was served on each other party by electronic transfer.

/s/ Robert O. Berger

Date: June 19, 2006

Robert O. Berger (BBO#: 038900)