8/24/06

Clerk
US FEDERAL Court
1 Courthouse WAy
Boston Ma 02210

FILED
___'S OFFICE

2006 AUG 25  P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

RE: US V. Kelvin MADERA (AKA: MANUEL GERMOSEN)
      04-10299-PBS

Dear Clerk

        Would you please send me A copy of the

Complete docket in the Above referenced CASE,

at the Address below.

        I have been declared indigent. Thank

you For your ASSisfANce.

                        Respectfully Requested,

                        Kel mod

                        Kelvin MADERA A93490
                        PO Box 100, Block B4
                        S. WAlPolE MA 02071