# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10299

United States of America

v.

Roberto Solorio

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

IV volumes of pleadings

and contained in Volume(s) I-IV are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/19/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 7, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/7/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06