**The GEO Group, Inc.**

August 20, 2007

Taft Correctional Institution
1500 Cadet Road, PO Box 7000
Taft, California 93268

MAIN TEL: 661 763 2510
FAX: 661 765 3034
www.thegeogroupinc.com

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way, Ste. 8110
Boston, MA 02210

RE: Solorio, Roberto
Register Number: 80448-038
Docket Number: 1:04CR10299-003

U.S. DISTRICT COURT
DISTRICT OF MASS.
2007 AUG 21 A 9:39
FILED IN CLERKS OFFICE

Dear Judge Saris:

Mr. Solorio was sentenced in the District of Massachusetts on June 16, 2006, to a 120 month term of incarceration for Conspiracy to Possess with Intent to Distribute Cocaine and Possession with Intent to Distribute Five Kilograms or More of Cocaine. Mr. Solorio arrived at the Taft Correctional Institution-Satellite Camp (TCI-SCP) on August 2, 2006. He was projected to release on October 21, 2014, via Good Conduct Time Release.

On August 18, 2007, by 1113 hours, it was determined Mr. Solorio walked away from the minimum security satellite camp facility. A search of the camp and surrounding areas met with negative results. Notifications were made to state and local law enforcement agencies as well as the Bureau of Prisons, United States Marshals Service, Federal Bureau of Investigation, United States Chief Probation Officers for the District of Massachusetts and Eastern District of California. At approximately 1113 hours, Mr. Solorio was placed on escape status.

Should you require further information regarding this incident, please do not hesitate to contact me at (661) 763-2510.

Sincerely,

Jeff Wrigley
Warden

cc: Michael J. Sullivan, U.S. Attorney
John M. Bocon, CUSPO
Jay D. Craddock, CUSPO
Correctional Services Administrator, Western Region Office

BP-S393.058 **NOTICE OF ESCAPED FEDERAL PRISONER** CDFRM
NOV 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Institution | Date |
|---|---|
| TAFT CORRECTIONAL INSTITUTION | 08-18-2007 |

| Name | Number | Date of Birth | Age |
|---|---|---|---|
| SOLORIO, ROBERTO | 80448-038 | -1958 | 49 |

| Sex | Race | Height | Weight | Eyes | Hair | Place of Birth: |
|---|---|---|---|---|---|---|
| M | HISPANIC | 5'8'' | 180 | BROWN | BLACK | MEXICO |

| Citizenship | Build | Home Address |
|---|---|---|
| US | MEDIUM | NAPA, CALIFORNIA 94588 |

| Scars, Marks, Tattoos- NONE | Occupation |
|---|---|
|  | EMPLOYED AT RANCHO GRANDE RESTAURANT, SACRAMENTO, CA AS A COOK. |

| Last Used Aliases: SOLARIO, ROBERTO/ SOLORIA, ROBERTO AMEZCUA/ SOLORIO, ROBERTO A/ SOLORIO, ROBERTO AMEZCUA/ SOLORIO-AMEZCUA, ROBERT/ "PRIMO" | F.B.I. No. 909136AA1 | S.S.N. -7906 |
|---|---|---|

Sentence 120 MONTHS WITH 36 MONTHS SUPERVISION
Years/Mos./Days
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE.

Original Arresting Agency:
DEA, DANVERS MASSACHUSETTS.

Details of Escape:

Armed: ☐ Yes; ☐ No; X Unknown

Consider Dangerous: ☐ Yes; X No

Violent Behavior: ☐ Yes; X No

SUBJECT TO THE CONDITIONS OF TITLE 28, PART 7, SECTION 7.1 - 7.5 OF THE CODE OF FEDERAL REGULATIONS, A STANDING OFFER TO REWARD IS MADE FOR THE CAPTURE, OR ASSISTANCE IN, OR FURNISHING INFORMATION LEADING TO THE CAPTURE OF AN ESCAPED FEDERAL PRISONER. THIS REWARD SHALL NOT BE IN EXCESS OF $200 UNLESS SPECIFICALLY GRANTED BY THE DIRECTOR OF THE BUREAU OF PRISONS.

IF APPREHENDED, OR IF YOU HAVE INFORMATION CONCERNING THE PRISONER, WIRE OR TELEPHONE COLLECT THE NEAREST OFFICE OF THE FEDERAL BUREAU OF INVESTIGATION (F.B.I.), OR CONTACT THE CHIEF EXECUTIVE OFFICER OF THIS FACILITY.

TELEPHONE NUMBER   (661) 763-2510                         J.  WRIGLEY
                   Area Code                              Chief Executive Officer

                                                          WARDEN
                                                          Title

This form may be replicated via WP)           Replaces BP-393(58) OCT 88 and BP-S393(58) AUG 94



**Management & Training Corporation**

Taft Correctional Institution
1500 Cadet Road
P.O. Box 7000
Taft, CA 93268
Direct: 661.763.2510

## FAX COVER SHEET

| Date: August 20, 2007 | No. of pages (including cover): 3 |
|---|---|
| To: Honorable Patti B. Saris | From: E. Delacruz, Unit Manager |
| Phone No.: | Phone No.: (661) 763-2510 |
| Fax No.: 617-748-4582 | Fax No.: (661) 765-3025 |

**COMMENTS:** Escape Notification